**No. 52426.**—Swiss Trading Co. *v.* United States, protests 892090–G, etc. (New York).

Opinion by Lawrence, J. It was stipulated that the merchandise consists of cotton lace curtains similar in all material respects to those the subject of *Perseverance Import Corp. et al.* v. *United States* (72 Treas. Dec. 722, T. D. 49290). In accordance with stipulation and following the cited authority the claim of the plaintiff was sustained.

**No. 52427.**—John C. Sleater Co., Inc., et al. *v.* United States, protests 39259–K, etc. (New York).

Opinion by Lawrence, J. The protests were dismissed.

**No. 52428.**—Kaufmann Dept. Stores, Inc., et al. *v.* United States, protests 63615–K, etc. (Pittsburgh, etc.).

Opinion by Lawrence, J. The protests were dismissed.

**No. 52429.**—Strauss Bros. & Co. et al. *v.* United States, protests 688694–G, etc. (New York).

Opinion by Lawrence, J. The protests were dismissed.

**No. 52430.**—The May Co. et al. *v.* United States, protests 903290–G, etc. (Cleveland, etc.).

Opinion by Lawrence, J. The protests were dismissed.

**No. 52431.**—Collin & Gissel et al. *v.* United States, protests 706211–G, etc. (Galveston).

Opinion by Tilson, J. It was stipulated that certain items of the merchandise consist of so-called artificial gut or artificial teguso, in chief value of silk, similar in all material respects to the merchandise the classification of which was involved in *Bush* v. *United States* (34 C.C.P.A. 17, C.A.D. 338). Accepting this stipulation as a statement of fact and following the cited authority, the claim of the plaintiffs was sustained.